| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| | Acting Federal Public Defender |
| 2 | RITA BOSWORTH |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant CASTILLO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-779 EMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE SENTENCING DATE |
| v. | ) | |
| | ) | Current Date: February 15, 2012, at 2:30 p.m. |
| JESUS CASTILLO, | ) | Proposed Date: February 29, 2012, at 2:30 p.m. |
| | ) | |
| Defendant. | ) | |
| | ) | |

Mr. Castillo is currently scheduled to be sentenced on February 15, 2012. Defense counsel has recently learned of a conflict that will prevent her from being in court that day. In order to ensure that Mr. Castillo has the benefit of his counsel at his sentencing hearing, the parties are jointly requesting that the Court continue the sentencing date for two weeks. The AUSA has no objection to the continuance. The defense, government, and probation officer are available on February 29, 2012.

//

//

//

*U.S. v. Castillo*, 11-779 EMC
Stipulation and [Proposed] Order     1

SO STIPULATED.

DATED: 2/9/12 /s/
_____
RITA BOSWORTH
Assistant Federal Public Defender


DATED: 2/9/12 /s/
_____
LOWELL POWELL
Special Assistant United States Attorney


The Court hereby ORDERS that the defendant's sentencing hearing is continued to February 29, 2012, at 2:30 p.m. IT IS SO ORDERED.

2/9/12
_____
DATE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA